**Order entered January   , 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01303-CR**
**No. 05-18-01304-CR**

**JIMMY LAPAUL ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause Nos. 2-17-0345 and 2-17-0346**

## ORDER

Before the Court are appellant's January 11, 2019 first motions for extension of time to file his brief.  We **GRANT** the motions and **ORDER** appellant's brief due by March 11, 2019.

/s/　　CORY L. CARLYLE
　　　　JUSTICE